IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

TIMOTHY COGHLAN, BRAD ELLISH, ANTHONY CALI and NATALIE LOFTUS, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

SAMSUNG ELECTRONICS AMERICA, INC.,
        Defendant.

Civil Action No. 7:17-cv-715

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Timothy Coghlan, Brad Ellish, Anthony Cali, and Natalie Loftus hereby dismiss with prejudice all claims against Samsung Electronics America, Inc. Each party shall bear its own costs.

Dated: November 20, 2017

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: /s/ Neal J. Deckant
    Neal J. Deckant

Scott A. Bursor
Neal J. Deckant
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: scott@bursor.com
       ndeckant@bursor.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Fred T. Isquith
Thomas H. Burt
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653
Email: isquith@whafh.com
    tbell@whafh,com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Theodore B. Bell
Carl Malmstrom
70 W. Madison St., Suite 1400
Chicago, Illinois 60602
Telephone: (312) 984-0000
Facsimile: (312) 214-3110
Email: malmstrom@whafh.com

**LEMBERG LAW, LLC**
Sergei Lemberg
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com

*Attorneys for Plaintiffs*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

11/20/17